November 20, 2009

Mr. Harrison R. Fisher
Harrison R. Fisher, Sr., PC
2646 South Loop West, Suite 260
Houston, TX 77054
Mr. David Wayne Lauritzen
Cotton, Bledsoe, Tighe & Dawson, P.C.
P.O. Box 2776
Midland, TX 79702

RE: Case Number: 08-0504
 Court of Appeals Number: 11-06-00222-CV
 Trial Court Number: CC-11,650

Style: MIDLAND WESTERN BUILDING L.L.C.
 v.
 FIRST SERVICE AIR CONDITIONING CONTRACTORS, INC.

Dear Counsel:

 Today the Supreme Court of Texas issued a per curiam opinion and
judgment in the above-referenced cause. You may obtain a copy of the
opinion at: http://www.supreme.courts.state.tx.us/historical/recent.asp.
If you would like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Sherry |
| |Williamson |
| |Ms. Cheryl Becker |